# NEIMAN GINSBURG & MAIRANZ P.C.

MARVIN NEIMAN*
GARY GINSBURG**
THEODORE T. MAIRANZ*
———
HERSCHEL L. LANGNER*

* MEMBER N.Y. AND N.J. BARS
** MEMBER N.Y. AND PA. BARS

HEALTH CARE DIVISION
ISAAC ZOLDAN, C.P.A.°
MARK KERN, C.P.A.°
° NON-ATTORNEY STAFF

**ATTORNEYS AT LAW**
**39 BROADWAY**
**25TH FLOOR**
NEW YORK, N.Y. 10006-3003

(212) 269-1000
FAX: (212) 635-9302*
www.ngmpc.com

1616 49TH STREET
BROOKLYN, N.Y. 11204
(718) 851-9000
———
520 WESTFIELD AVENUE
ELIZABETH, N.J. 07208
(908) 436-1666
Fax: (908) 436-2766*
———
* NOT FOR SERVICE OF PAPERS

*DEC 17 2005*

November 21, 2005

**By Federal Express**
Hon. Robert M. Levy
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT*

*A Telephone Conference has been scheduled for December 12, 2005 @ 1:00 pm at (718) 260-2340.*

*SO ORDERED.*

Re: ***Gutman et al. v. Klein et al.***, Docket No. Civ. 03-1570 (JG)(RML)

*s/Robert Levy*
*11/29/05 U.S. Magistrate Judge*

Dear Judge Levy:

As the Court is aware, in the process of disengaging from our representation of Messrs. Gutman and Singer and their entities and affiliates, Your Honor entered an Order setting the determination of our legal fees to a three part process; attempts at settlement and mediation respectively and, if not resolved thereby, a trial before the Court.

As the Court is aware we were not successful in settlement and at our request the Court Ordered the matter to mediation. We are herewith informing the Court that mediation, too, was unsuccessful and that we are requesting of the Court that we would like to proceed with the Ordered trial of the matter.

We, therefore, request that the Court advise us as to how the Court desires that the parties proceed at this point.

Your Honor's courtesy and attention to this matter are greatly appreciated.

Respectfully yours,

NEIMAN GINSBURG & MAIRANZ, P.C.

Marvin Neiman

MN:kl

# NEIMAN GINSBURG & MAIRANZ P.C.

Hon. Robert M. Levy
November 21, 2005
Page 2


cc:    Darren Oved, Esq. (By Fax)
       Aryeh Gutman (By Fax)
       Abraham Singer (By Fax)