BARRY R. FEERST & ASSOCIATES (BRF -3836)
Attorney for defendants Zalman Klein,
Dina Klein, Rodney Capital Company,
Atlas Furniture Manufacturing Corp., A to Z
Capital Corp., A to Z Holding Corp. Paz
Franklyn Company and Washington Greene
Associates.
236 Broadway, Suite 200
Brooklyn, New York 11211
(718) 384-9111

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
ARYEH GUTMAN, Individually and on
behalf of A to Z HOLDING CORP., A
TO Z CAPITOL CORP., PAZ FRANKLIN
COMPANY and WASHINGTON GREENE ASSOCIATES
and, individually, by 185 MARCY, LLC.
and PARK OFFICES, LLC.                    03 CV 1570 (BMC)(RML)


                                          Plaintiffs,

-against-


ZALMAN KLEIN, DINA KLEIN, RACHEL BRACH,
RODNEY CAPITAL COMPANY, TOYV CORPORATION,
REPUBLIC CAPITAL GROUP, LLC., ATLAS
FURNITIRE MANUFACTURING CORP., A TO Z
HOLDING CORP., A TO Z CAPITAL CORP., PAZ
FRANKLYN COMPANY, WASHINGTON GREENE
ASSOCIATES, JOHN DOE ENTITIES 1-10 and
JOHN DOES 1-10,

                                          Defendants.
-------------------------------------X


### DECLARATION OF JACOB WEINGARTEN, CPA.

STATE OF NEW YORK }
COUNTY OF KINGS } ss.:

**JACOB WEINGARTEN** declares the following pursuant to 28 U.S.C. §1746:

1. I am a Certified Public Accountant with Burg & Weingarten, CPA PC with offices in 149-12 83rd Street, Howard Beach, New York, 11414.

2. I posses over 25 years of CPA experience, advising clients on their accounting and tax concerns.

3. Analysis of financial and tax documents is a regular part of my professional practice.

4. The analysis attached hereto was prepared in accordance with the Generally Applicable Accounting Principles.

5. The analysis of the tax returns has been reduced by me to a Transactional Activity Chart, consisting of contributions and distributions to shareholders and reflecting the transactions in issue in this action, their recordation on the tax documents and the resulting cash flow. The Chart is attached as Exhibit "A," and is also filed with the Klein's Exhibit "1."

6. The Chart is based on my analysis of the following federal and New York State tax returns of A to Z Capital

for the years 1985, 1986, 1987, 1988, 1994, 1995, 1996, 1997, A to Z Holding for the years 1986, 1987, 1988, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997,; associated K-1 Schedules of Aryeh Gutman and Zalman Klein, as well as selected other schedules of Aryeh Gutman and Zalman Klein.

7. My analysis reveals that a) the financial basis of the transactions was accurately reported in the tax documents; and b) based on the tax documents before me, the distributions to Gutman and Klein from 1985 through 1997 from A to Z Capital and A to Z Holding have amounted to at least $971,082.00 to each shareholder.

*[signature]*
CPA

Dated: Howard Beach, New York
       May 13th, 2009