# OVED & OVED LLP

ATTORNEYS AND COUNSELORS AT LAW
101 AVENUE OF THE AMERICAS
15TH FLOOR
NEW YORK NY 10013-1991
WWW.OVEDLAW.COM

TELEPHONE  212 226 2376

FACSIMILE  212 226 7555

March 17, 2010

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11210

    **Re:    *Aryeh Gutman, et al.v. Zalman Klein, et al.*
          Case No: 03 CV 1570 (BMC)(RML)**

Dear Judge Levy:

    This law firm represents Plaintiffs in the above-referenced matter, and writes to request an adjournment of the settlement conference currently scheduled for March 18, 2010 at 3 PM. The reason for this request is that Darren Oved is ill and will be unable to attend the conference tomorrow as a result. Accordingly, in accordance with the instructions we received during our brief conference call this afternoon with opposing counsel and Your Honor's clerk, we respectfully request that the conference be adjourned until March 25 at 11 AM. No prior requests for an extension have been made.

    We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    Brian S. Tretter

cc:    Joel Sternman (*via ECF*).