# OVED & OVED LLP

ATTORNEYS AND COUNSELORS AT LAW
IOI AVENUE OF THE AMERICAS
I5TH FLOOR
NEW YORK NY IOOI3-I99I
WWW.OVEDLAW.COM

TELEPHONE  212 226 2376                          FACSIMILE  212 226 7555

April 29, 2010

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11210

> **Re:**   ***Aryeh Gutman, et al.v. Zalman Klein, et al.***
> **Case No: 03 Civ. 1570 (BMC)(RML)**

Dear Magistrate Judge Levy:

This law firm represents Plaintiffs in the above-referenced matter, and writes to request leave to exceed the Court's page limitation in our memorandum of law in opposition to Defendants' pending motion. Despite our best efforts to confine our brief to the Court's original 15 page limit, we believe that a 25 page memorandum of law is necessary to comprehensively respond to Defendants' motion. Accordingly, we respectfully request permission to exceed the Court's page limitation by 10 pages.

We thank the Court for its continued time and attention to this matter.

Respectfully submitted,

Brian S. Tretter

cc:     Joel W. Sternman, Esq. *(via ECF)*