UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

ARYEH GUTMAN, et al.,

                Plaintiffs,

-against-

ZALMAN KLEIN, et al.,

                Defendants.

-------------------------------------------------------- X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.

★ MAY 31 2011 ★

BROOKLYN OFFICE

**AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION**

03 Civ.1570 (BMC) (RML)

The Court having entered its Orders [304] [449] and [476] dated December 2, 2008, November 24, 2010, and May 31, 2011, respectively, it is hereby

ORDERED AND ADJUDGED, that plaintiff A to Z Capital Corporation recover of defendants Zalman Klein, Dina Klein, Rodney Capital Company, Toyv Corporation, and Atlas Furniture Manufacturing Corp., jointly and severally, the sum of $3,334,500.00, plus postjudgment interest at an annual rate of .30% from February 16, 2011; and it is further

ORDERED AND ADJUDGED, that plaintiff A to Z Holding Corporation recover of defendants Zalman Klein, Dina Klein, Rodney Capital Company, Toyv Corporation, and Atlas Furniture Manufacturing Corp., jointly and severally, the sum of $1,506.979.98, plus postjudgment interest at an annual rate of .30% from February 16, 2011; and it is further

ORDERED AND ADJUDGED, that plaintiff Washington Green Associates recover of defendants Zalman Klein, Dina Klein, Rodney Capital Company, Toyv Corporation, and Atlas Furniture Manufacturing Corp., jointly and severally, the sum of $1,357,500.00, plus postjudgment interest at an annual rate of .30% from February 16, 2011; and it is further

ORDERED, ADJUDGED AND DECREED, that Zalman Klein is hereby removed as a partner of Paz Franklin Company and Washington Green Associates, and he shall have no further interest in those entities; and it is further

ORDERED, ADJUDGED AND DECREED, that defendants, their agents, entities, servants, employees, attorneys, and all persons in active concert or participation with them are hereby enjoined and restrained from commencing any litigation against plaintiffs or any person, business, entity, or real estate parcel listed and named in the stipulations that have been signed by the parties and presented to the Court and which the parties agreed were involved in this litigation without first receiving leave from this Court using the procedure described in the May 31, 2011 Order; and it is further

ORDERED AND ADJUDGED, that execution may issue on this judgment in accordance with the Federal Rules of Civil Procedure.

/s/(BMC)

U.S.D.J.

Dated: Brooklyn, New York
May 31, 2011