07/12/'12 16:08 FAX                                      718 853 3406
Jul 12 12 03:25p    Klein

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of New York

ARYEH GUTMAN, individually and on behalf of
A to Z Holding Group., A To Z CAPITAL CORP.,
PAZ FRANKLIN COMPANY and WASHINGTON GREENE
ASSOCIATES and, individually by 185 MARCY, LLC and
PARK OFFICES, LLC
                          Plaintiff
                          v.                          Civil Action No. 03 Civ 1570 (JG)(RML)
ALMAN KLEIN, DIANA KLEIN, RACHEL BRACH, RODNEY CAPITAL COMPANY,
OYV CORPORATION, FURNITURE MANUFACTURING GROUP,
to Z HOLDING CORP., A to     Defendant         (If the action is pending in another district, state where:
CAPITAL CORP., PAZ FRANKLING COMPANY, WASHINGTON GREENE
ASSOCIATES, JONH DOES 1-10.

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Israel Klein
    [address redacted]
    Brooklyn, New York 11204

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Law Offices of Victor A. Worms, P.C. | Date and Time: |
| 65 Broadway, Suite 750 | August 13, 2012 at 10:00 a.m. |
| New York, New York 10006 | |

The deposition will be recorded by this method: stenographic recording

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attachment.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: JUL 0 6 2012

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_                OR          _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiffs
, who issues or requests this subpoena, are:

Victor A. Worms, Esq.
65 Broadway, Suite 750
New York, New York 10006
212-374-5590, email: vworms@victorawormspc.com

## ATTACHMENT

1. All documents reflecting or evidencing any communication or correspondence with Zalman Klein for the years 2009 to the present.

2. All documents reflecting or evidencing any agreements with Zalman Klein for the years 2009 to the present.

3. Copies of all bank statements for all bank accountants which you maintain for the years 2009 to present, whether in your individual name or jointly with some other person or entity.

4. All documents evidencing or reflecting all real properties owned by you, whether in your individual name or jointly with some other person or entity.

5. The names of all corporations in you are a shareholder, including a copy of any shareholder's agreements and any amendments thereto.

6. The names of all limited liability companies in which you are a member, including a copy of any operating agreements and any amendments thereto.

7. The names of any trusts in which you are the creator, the beneficiary or the trustee.

8. Copies of your state and federal tax returns for the years 2009 to the present.

9. A List of all lawsuits in which you are or have been a party, whether as a plaintiff or as a defendant, and the names of the courts in which any such lawsuits were commenced.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of New York

ARYEH GUTMAN, individually and on behalf of
A to Z Holding Group., A To Z CAPITAL CORP.,
PAZ FRANKLIN COMPANY and WASHINGTON GREENE
ASSOCIATES and, individually by 185 MARCY, LLC and
PARK OFFICES, LLC.,
    *Plaintiff*
    v.
ZALMAN KLEIN, DIANA KLEIN, RACHEL BRACH, RODNEY CAPITAL COMPANY,
TOYV CORPORATION, FURNITURE MANUFACTURING GROUP.,
A to Z HOLDING GORP., A to   *Defendant*
Z CAPITAL CORP., PAZ FRANKLING COMPANY, WASHINGTON GREENE
ASSOCIATES, JOHN DOE 1-10.

Civil Action No. 03 Civ 1570 (JG)(RML)

(If the action is pending in another district, state where: )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Simon Klein
[address redacted]
Brooklyn, New York 11219

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Law Offices of Victor A. Worms, P.C.<br>65 Broadway, Suite 750<br>New York, New York 10006 | Date and Time:<br>August 9, 2012 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method:   stenographic recording

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attachment. /VW/

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: JUL 0 6 2012

DOUGLAS C. PALMER
CLERK OF COURT

_____      OR      _____
Signature of Clerk or Deputy Clerk                Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Plaintiffs**, who issues or requests this subpoena, are:

Victor A. Worms, Esq.
65 Broadway, Suite 750
New York, New York 10006
212-374-9590, email: vworms@victorawormspc.com

# ATTACHMENT

1. All documents reflecting or evidencing any communication or correspondence with Zalman Klein for the years 2009 to the present.

2. All documents reflecting or evidencing any agreements with Zalman Klein for the years 2009 to the present.

3. Copies of all bank statements for all bank accountants which you maintain for the years 2009 to present, whether in your individual name or jointly with some other person or entity.

4. All documents evidencing or reflecting all real properties owned by you, whether in your individual name or jointly with some other person or entity.

5. The names of all corporations in you are a shareholder, including a copy of any shareholder's agreements and any amendments thereto.

6. The names of all limited liability companies in which you are a member, including a copy of any operating agreements and any amendments thereto.

7. The names of any trusts in which you are the creator, the beneficiary or the trustee.

8. Copies of your state and federal tax returns for the years 2009 to the present.

9. A List of all lawsuits in which you are or have been a party, whether as a plaintiff or as a defendant, and the names of the courts in which any such lawsuits were commenced.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of New York

ARYEH GUTMAN, individually and on behalf of
A to Z Holding Group., A To Z CAPITAL CORP.,
PAZ FRANKLIN COMPANY and WASHINGTON GREENE
ASSOCIATES and, individually by 185 MARCY, LLC and
PARK OFFICES, LLC.
                     Plaintiff
                     v.
ZALMAN KLEIN, DIANA KLEIN, RACHEL BRACH, RODNEY CAPITAL COMPANY,
TOYV CORPORATION, FURNITURE MANUFACTURING GROUP.,
A to Z HOLDING CORP., A to      Defendant
Z CAPITAL CORP., PAZ FRANKLING COMPANY, WASHINGTON GREENE
ASSOCIATES, JONH DOES 1-10.

Civil Action No. 03 Civ 1570 (JG)(RML)

(If the action is pending in another district, state where: )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Chesky Braun
[redacted]
Brooklyn, New York 11219

☒ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Law Offices of Victor A. Worms, P.C.<br>65 Broadway, Suite 750<br>New York, New York 10006 | Date and Time:<br>August 10, 2012 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method: stenographic recording

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attachment. (VW)

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

DOUGLAS C. PAL[...]

Date: 08 06 2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

OR

*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiffs
_____, who issues or requests this subpoena, are:

Victor A. Worms, Esq.
65 Broadway, Suite 750
New York, New York 10006
212-374-9590, email: vworms@victorawormspc.com

## ATTACHMENT

1. All documents reflecting or evidencing any communication or correspondence with Zalman Klein for the years 2009 to the present.

2. All documents reflecting or evidencing any agreements with Zalman Klein for the years 2009 to the present.

3. Copies of all bank statements for all bank accountants which you maintain for the years 2009 to present, whether in your individual name or jointly with some other person or entity.

4. All documents evidencing or reflecting all real properties owned by you, whether in your individual name or jointly with some other person or entity.

5. The names of all corporations in you are a shareholder, including a copy of any shareholder's agreements and any amendments thereto.

6. The names of all limited liability companies in which you are a member, including a copy of any operating agreements and any amendments thereto.

7. The names of any trusts in which you are the creator, the beneficiary or the trustee.

8. Copies of your state and federal tax returns for the years 2009 to the present.

9. A List of all lawsuits in which you are or have been a party, whether as a plaintiff or as a defendant, and the names of the courts in which any such lawsuits were commenced.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of New York

ARYEH GUTMAN, individually and on behalf of A to Z Holding Group., A To Z CAPITAL CORP., PAZ FRANKLIN COMPANY and WASHINGTON GREENE ASSOCIATES and, individually by 185 MARCY, LLC and PARK OFFICES, LLC.
    Plaintiff
v.
ZALMAN KLEIN, DIANA KLEIN, RACHEL BRACH, RODNEY CAPITAL COMPANY, TOYV CORPORATION, FURNITURE MANUFACTURING GROUP., A to Z HOLDING GORP., A to Z CAPITAL CORP., PAZ FRANKLING COMPANY, WASHINGTON GREENE ASSOCIATES, JONH DOES 1-10.
    Defendant

Civil Action No. 03 Civ 1570 (JG)(RML)

(If the action is pending in another district, state where: )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: UNITED FACTORING, LLC
[address redacted]
Brooklyn, New York 11229

☒ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Law Offices of Victor A. Worms, P.C. 65 Broadway, Suite 750 New York, New York 10006 | Date and Time: August 7, 2012 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method: stenographic recording

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attachment. (MW)

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: JUL 0 6 2012

CLERK OF COURT

[signature]
Signature of Clerk or Deputy Clerk        OR        Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Plaintiffs
_____, who issues or requests this subpoena, are:

Victor A. Worms, Esq.
65 Broadway, Suite 750
New York, New York 10006
212-374-9590, email: vworms@victorawormspc.com

## ATTACHMENT

1. All documents evidencing or reflecting the names and addresses of all members of United Factoring, LLC.

2. The filing receipt, operating agreement and any amendments thereto for United Factoring, LLC and any corporate resolutions for the years 2009 to the tenant present.

3. All documents reflecting or evidencing any communication or correspondence between United Factoring, LLC and Zalman Klein for the years 2009 to the present.

4. All documents reflecting or evidencing any agreements between United Factoring, LLC and Zalman Klein for the years 2009 to the present.

5. Copies of all bank statements for all bank accountants maintain by United Factoring, LLC C for the years 2009 to present.

6. All documents evidencing or reflecting all real properties owned by, United Factoring, LLC including all deeds for any such real properties.

7. Copies of the state and federal tax returns for United Factoring, LLC for the years 2009 to present.

8. A list of all lawsuits in which United Factoring, LLC is or has been a party, whether as a plaintiff or as a defendant, and the names of the courts in which any such lawsuits were commenced.

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the Eastern District of New York

RYEH GUTMAN, individually and on behalf of to Z Holding Group., A To Z CAPITAL CORP., AZ FRANKLIN COMPANY and WASHINGTON GREENE SSOCIATES and, individually by 185 MARCY, LLC and ARK OFFICES, LLC.
Plaintiff
v.
ALMAN KLEIN, DIANA KLEIN, RACHEL BRACH, RODNEY CAPITAL COMPANY, OYV CORPORATION, FURNITURE MANUFACTURING GROUP, to Z HOLDING GORP., A to CAPITAL CORP., PAZ FRANKLING COMPANY, WASHINGTON GREENE SSOCIATES, JONH DOES 1-10.
Defendant

Civil Action No. 03 Civ 1570 (JG)(RML)

(If the action is pending in another district, state where: )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Diana Klein
[redacted]
Brooklyn, New York 11211

☒ *Testimony:* YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Law Offices of Victor A. Worms, P.C. 65 Broadway, Suite 750 New York, New York 10006 | Date and Time: August 6, 2012 at 10:00 a.m. |
|---|---|

The deposition will be recorded by this method: stenographic recording

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attachment. *[initials]*

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

DOUGLAS C. PALMER
Date: JUL 0 6 2012

CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk                    OR    _____
                                                          Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing (*name of party*) Plaintiffs, who issues or requests this subpoena, are:

Victor A. Worms, Esq.
65 Broadway, Suite 750
New York, New York 10006
212-374-9590, email: vworms@victorawormspc.com

## ATTACHMENT

1. All documents reflecting or evidencing any communication or correspondence with Zalman Klein for the years 2009 to the present.

2. All documents reflecting or evidencing any agreements with Zalman Klein for the years 2009 to the present.

3. Copies of all bank statements for all bank accountants which you maintain for the years 2009 to present, whether in your individual name or jointly with some other person or entity.

4. All documents evidencing or reflecting all real properties owned by you, whether in your individual name or jointly with some other person or entity.

5. The names of all corporations in you are a shareholder, including a copy of any shareholder's agreements and any amendments thereto.

6. The names of all limited liability companies in which you are a member, including a copy of any operating agreements and any amendments thereto.

7. The names of any trusts in which you are the creator, the beneficiary or the trustee.

8. Copies of your state and federal tax returns for the years 2009 to the present.

9. A List of all lawsuits in which you are or have been a party, whether as a plaintiff or as a defendant, and the names of the courts in which any such lawsuits were commenced.