UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
ARYEH GUTMAN, et al.

                Plaintiffs                Case No. 03 Civ 1570 (BMC)

  -against-

ZALMAN KLEIN , et al.,                 **ORDER TO SHOW CAUSE**

                Defendants
------------------------------------X

ORDER TO SHOW CAUSE FOR AN ORDER DETERMINING THAT DEFENDANT KLEIN REMAINS IN CONTEMPT, SETTING THE MATTER DOWN FOR A HEARING TO DETERMINE THE APPROPRIATE PUNISHMENT FOR THE COURT TO IMPOSE UPON KLEIN FOR HIS FAILURE TO PURGE HIMSELF OF HIS CONTEMPT, AND FOR AN ORDER FIXING ATTORNEY'S FEES PURSUANT TO THIS COURT'S ORDER HOLDING KLEIN IN CONTEMPT.

     Upon the Motion of Judgment Creditors, A to Z Capital Corporation, A to Z Holding Corporation, Washington Greene Associates and Aryeh Gutman dated February 23, 2016, seeking an Order determining that Defendant, Zalman Klein remains in contempt, setting the matter down for a hearing to determine the appropriate punishment for the Court to impose upon Klein for his failure to purge himself of his contempt, and an Order fixing Attorney's Fees pursuant to the Court's Order holding Zalman Klein in contempt, let Zalman Klein show cause before this Court at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York on the    day of        , 2016, at a.m. or as soon thereafter as they can be heard:

     WHY AN ORDER should not be entered:  1) Holding Zalman Klein in Contempt of this Court; 2) Holding that Zalman Klein has not purged himself of his Contempt; 3) Fixing appropriate sanctions; and 4) Fixing attorney's fees pursuant to this Court's Order, dated February 3, 2016, holding Zalman Klein in contempt; and it is further

     ORDERED that a copy of this Order together with the Motion served by overnight

1

delivery service on or before February   , 2016 on Savad/Churgin, 55 Old Turnpike Road, Suite 209, Nanuet, New York  10954, counsel for Zalman Klein, 37 Rodney Street, Brooklyn, New York 11211, and such service shall constitute good and sufficient service and notice of this Order and of the proceedings to be held pursuant hereto.

Dated: Brooklyn, New York
       February   , 2016

                                                                                               Hon. Brian Cogan
                                                                                              U.S. District Court