# EXHIBIT E

Joseph:

We respond to your email of this morning (below).

1) <u>Assignment</u>: We have been advised that GMI and WGA have relinquished their rights under the assignment agreement and returned the escrowed assignment to Klein before noon today.

2) <u>The revised affidavit</u>: See attached revised affidavit, eliminating the exceptions previously contained in paragraphs 3 and 4.

3) <u>The stock certificate</u>

   A) The certificate must say that Klein is entitled to X shares out of X total outstanding shares.

   B) The language on the reverse side of the certificate indicates that the corporation is not certifying anything. The certificate does not, as required, <u>certify the number of shares shown on the corporate records as belonging to Klein</u>. That is not a stock certificate.

   C) We also note that 50 shares cannot possibly be 50% of at least 200 shares.

   D) In the event the certificate is not clear, we will write to Judge Cogan.

*Susan Cooper, Esq.*

---

**From:** Joseph J. Haspel [mailto:JHaspel@haspellaw.net]
**Sent:** Tuesday, February 16, 2016 9:42 AM
**To:** Barbara West <b.west@savadchurgin.com>; Victor Worms <vworms@victorawormspc.com>; Aryeh Gutman <aryeh@tovusa.com>; Chaim Gutman <chaim@tovusa.com>
**Subject:** RE: Klein et al. adv Gutman - 03 Civ. 1570

The intent of the numbers on the stock certificate was to represent a number of shares and the percentage that that number represents. If you believe it ambiguous, please provide a proposed clarifying modification.

To the time of this e-mail, I have not received any indication that there has been a new assignment from Goldwasser's entity you call Washington Greene which revests the shares back in Mr. Klein. Please advise of Mr. Klein's intent. Assuming that there is a new assignment back to Mr. Klein, I will need a new affirmation incorporating these new facts.

With respect to the legend on the back of the certificate, which was provided to you for your review and comment in Court before Judge Cogan, and for which there was no stated objection, pursuant to your request, attached is the stated language.

JHaspel@Haspellaw.net

Joseph J. Haspel
1 West Main Street
Goshen, New York 10924
845-694-4409
866-857-1340 (fax)
----- Original Message -----
**From:** "Barbara West" <b.west@savadchurgin.com>
**To:** <JHaspel@haspellaw.net>
**Sent:** 2/12/2016 3:44PM
**Subject:** Klein et al. adv Gutman - 03 Civ. 1570

Mr. Haspel, attached please see letter dated February 12, 2016 from Ms. Cooper regarding the above matter.

Barbara L. West, Paralegal
Savad Churgin, LLP
55 Old Turnpike Road – Suite 209
Nanuet, New York  10954
(845) 624-3820
b.west@savadchurgin.com